UNITED STATES of America, Appellee,

v.

Tony Duane MUNSON, also known as Anthony D. Munson, Appellant.

No. 02–3451.

United States Court of Appeals, Eighth Circuit.

Submitted April 29, 2003.

Decided May 1, 2003.

Before LOKEN, Chief Judge, BOWMAN and MELLOY, Circuit Judges.

PER CURIAM.

Tony Duane Munson pleaded guilty to possessing with intent to distribute fifty grams or more of a mixture containing methamphetamine. At sentencing, the District Court[1] denied Munson's motion under U.S.S.G. § 4A1.3 (2001) for a downward departure and sentenced him to seventy months of imprisonment and five years of supervised release.

On appeal, Munson's counsel filed a brief and moved to withdraw under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the District Court abused its discretion in denying Munson's departure motion. Counsel's argument is unreviewable, however, because the sentencing transcript shows that the District Court's refusal to depart was an exercise of discretion. *See United States v. Lopez–Arce*, 267 F.3d 775, 783–84 (8th Cir.2001). We have further reviewed the record independently under *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and have found no nonfrivolous issues.

Accordingly, we affirm. We now grant counsel's motion to withdraw.

---

1. The Honorable Warren K. Urbom, United States District Judge for the District of Nebraska.